**Order entered October 16, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00102-CV

### ESTATE OF FREDERIC B. ASCHE, JR., DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-3533-2**

## ORDER

We **GRANT** the October 9, 2015 second agreed motion for an extension of time to file appellants' briefs. Appellants shall file their respective briefs by **NOVEMBER 2, 2015**. We caution appellants that no further extension of time will be granted absent extraordinary circumstances.

/s/    CRAIG STODDART
       JUSTICE